THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 6, 2018



G. Michael Halfenger
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:
Philip Thomas Blanchard Jr. and
Carol Ann Blanchard,

Chapter 13

Case No. 16-30088-gmh

Debtor(s).

## ORDER APPROVING STIPULATION FOR SUBSTITUTION
## OF COUNSEL FOR WELLS FARGO BANK, N.A.

Based on the stipulation filed on June 27, 2018,

IT IS HEREBY ORDERED that Gray & Associates, L.L.P. shall be substituted for Kohner, Mann & Kailas, S.C. as attorneys for Wells Fargo Bank, N.A.

### 

**Drafted by:**

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI  53151
Phone: 414.224.8404
Fax:    414.224.1279
Email: jpitner@gray-law.com