THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 20, 2018



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE | Chapter: 13 |
| Philip Thomas Blanchard Jr. and Carol Ann Blanchard | Case No. 16-30088-gmh |
| Debtors. | |

### ORDER PURSUANT TO HEARING UPON RENEWED
### MOTION OF WELLS FARGO BANK, N.A.

Pursuant to the renewed motion of Wells Fargo Bank, N.A. the current mortgagee of record, its successors, servicing agents and/or assignees (hereinafter collectively and at all times material hereto "the movant") with respect to the property located at 5219 83rd St, Kenosha, WI 53142-2221, this matter was heard on October 30, 2018, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtors appearing through Servantez Law Office SC, by Felix Servantez, and Christopher Schimke appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied to the extent it seeks the termination of the automatic stay, but is granted to the extent that the automatic stay is modified as provided in this order.

IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

arrearage which exists through the end of October 2018 in the amount of $3,116.15.

The arrearage is itemized as follows:

| | |
|---|---|
| 8/1/18 through 10/1/18 | $3,612.09 |
| 3 mortgage payments @ $1,204.03 | |
| Credits / Suspense | (495.94) |
| Attorney Fees and Costs | 0.00 |
| TOTAL ARREARAGE | $3,116.15 |

IT IS FURTHER ORDERED that commencing in November 2018 and continuing through and including July 2019, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in August 2019, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due.   In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $1,204.03 and payments shall be made to the movant at Wells Fargo Bank, N.A., 1 Home Campus, Attention: Payment Processing, MAC# x2302-04c, Des Moines, IA 50328.

#####